# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

ENTERPRISE RENT-A-CAR COMPANY, )
)
      Plaintiff, )
)
      v. )      No. 4:03-CV-1480 CAS
)
U-HAUL INTERNATIONAL, INC., et al., )
)
      Defendants. )

## ORDER

This matter is before the Court on the parties' third joint motion to extend the stay in this matter. The Court previously granted the parties' motion to stay on April 29, 2005 and motions to extend the stay on June 28, 2005 and July 26, 2005. The Court will grant the parties' motion. The parties are warned, however, that it is unlikely the Court will grant any further extensions of the stay.

Accordingly,

**IT IS HEREBY ORDERED** that the parties' joint motion to extend the stay is **GRANTED**. [Doc. 77]

**IT IS FURTHER ORDERED** that the stay in this case is continued until November 28, 2005.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 27th day of September, 2005.