UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ENTERPRISE RENT-A-CAR COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:03-CV-1480 CAS |
| | ) | |
| U-HAUL INTERNATIONAL, INC., and EMOVE, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that Plaintiff Enterprise Rent-A-Car Company's Motion to Enforce Settlement is **GRANTED**. [Doc. 207]

**IT IS FURTHER ORDERED** that this matter is **DECLARED** settled based on the terms set forth in the November 6, 2006 Confidential Settlement Agreement between the parties.

**IT IS FURTHER ORDERED** that this action is **DISMISSED with prejudice**.

**IT IS FINALLY ORDERED** that the Court retains jurisdiction over the November 6, 2006 Confidential Settlement Agreement with respect to interpretation and enforcement thereof.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  9th  day of April, 2007.